1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JUNG HYUN CHO, et al.,                    No.  2:17-cv-01073-KJM-CKD

12                    Plaintiffs,

13          v.                                 ORDER

14   SELECT PORTFOLIO SERVICING,
     INC., et al.,
15
                     Defendants.
16

17
           On September 6, 2017, the magistrate judge filed findings and recommendations (ECF
18
     No. 84), which were served on the parties and which contained notice that any objections to the
19
     findings and recommendations were to be filed within fourteen (14) days.  On September 29,
20
     2017, plaintiff filed objections to the findings and recommendations (ECF No. 87), which have
21
     been considered by the court.  Plaintiffs have also filed two motions to amend, since the
22
     magistrate judge filed findings and recommendations, which have also been considered by the
23
     court.  (ECF Nos. 85, 87.)
24
           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
25
     court has conducted a de novo review of this case.  Having reviewed the file, the court finds the
26
     findings and recommendations to be supported by the record and by the proper analysis.  The
27
     court ADOPTS the findings and recommendations, with one modification: The court DECLINES
28
                                             1

to dismiss all claims without leave to amend and instead GRANTS limited leave to amend, as defined below. The strong policy in favor of granting leave to amend is particularly important where, as here, plaintiffs are proceeding *pro se* on their first complaint and have specifically moved for leave to amend. Fed. R. Civ. P. 15(a); *Lopez v. Smith*, 203 F.3d 1122, 1130 (9th Cir. 2000) (court must construe a *pro se* pleading liberally, tell a plaintiff of deficiencies in his complaint and give him leave to cure them if at all possible).

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations (ECF No. 84) are ADOPTED, but with limited leave to amend.

2. Defendants' motions to dismiss (ECF Nos. 17, 19, 23, 30, 32) are GRANTED. Only one defendant, Ronald Lee, has not moved to dismiss. Nonetheless, the conclusions listed below result in no claims remaining against him.

3. Plaintiffs' complaint (ECF No. 1) is DISMISSED:

    a. Dismissal is with prejudice as to claims 2-6 and 8-13 to extent they are brought by plaintiffs Kyu Hwang Cho, Eun Sook Cho, and Eui Hyun Cho, because they are not borrowers on the mortgage and so have no standing to bring claims based on it;

    b. Dismissal is with prejudice as to all claims brought under the False Claims Act or the Home Affordable Modification Program because neither statute provides plaintiffs a private right of action;

    c. Dismissal is with leave to amend as to all remaining claims. Any amendment shall be filed within fourteen days of this order.

4. Plaintiffs' motion for judgment on the pleadings (ECF No. 43), motion to strike (ECF No. 44), motion for preliminary injunction (ECF No. 47), and motion for reconsideration of order and order to show cause (ECF No. 79) are DENIED AS MOOT.

/////

/////

2

5.　　Plaintiffs' motions for leave to amend (ECF No. 85, 87) are granted IN PART as explained in 3(a) and (b) above.

IT IS SO ORDERED

This resolves ECF No. 84.

DATED:　January 16, 2018.

_____
UNITED STATES DISTRICT JUDGE