UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNG HYUN CHO, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>　　　　　　Defendants. | No. 2:17-cv-01073-KJM-CKD (PS)<br><br><br>ORDER |

On January 16, 2018, the district court judge assigned to this matter adopted the September 6, 2017 findings and recommendations (ECF No 84) and granted defendants' motions to dismiss. (ECF No. 91.) At the same time, plaintiffs were afforded limited leave to amend, and were directed that any amended complaint was to be filed within 14 days. (Id.) To date, plaintiffs have not filed an amended complaint. On February 8, 2018, however, plaintiffs filed an interlocutory appeal of the court's January 16, 2018 order. (See ECF Nos. 93, 94.)

Plaintiffs are advised that the interlocutory appeal did not automatically stay proceedings in this matter. See 28 U.S.C. § 1292. However, in light of plaintiffs' *pro se* status, the court grants plaintiffs one final 14-day extension to file an amended complaint, consistent with the court's January 16, 2018 order.

////

1

Nothing in this order requires plaintiffs to file an amended complaint. If plaintiffs determine that they are unable to amend the complaint in compliance with the court's order, they may alternatively file a stipulated dismissal, signed by all parties who have appeared, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), within 14 days of this order.

Failure to file an amended complaint or a stipulated dismissal may result in monetary sanctions, or a recommendation to dismiss this action for failure to prosecute.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of this order, plaintiffs shall file either:
    a. an amended complaint, consistent with the court's January 16, 2018 order (ECF No. 91), or
    b. a stipulated dismissal, signed by all parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: February 22, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE